McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
Oct 26, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF APPLE IPHONE S, MODEL A1687, ROSE GOLD IN COLOR, CURRENTLY LOCATED AT FBI, 2001 FREEDOM WAY, ROSEVILLE, CALIFORNIA 95678 | CASE NO. 2:20-SW-379 CKD<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL |

The United States' motion to unseal this case is GRANTED.

DATED: October 26, 2020

_____
UNITED STATES MAGISTRATE JUDGE

1